$4600 **CDJ**

**JACK M. BERNARD, ESQUIRE**
Attorney ID No.  26643
930 Land Title Building
100 South Broad Street
Philadelphia, PA 19110                    *Attorney for Plaintiffs*
(215) 665-0666 (Phone)
(267) 514-8609 (*Facsimile*)

## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DRISSA KONE**<br>6423 Dicks Avenue<br>Philadelphia, PA  19142<br>and<br>**ANYAMA TRUCKING INC.**<br>1010 Serrill Avenue<br>Yeadon, PA 19050<br>Plaintiffs,<br><br>vs.<br><br>**IKEA, IKEA DISTRIBUTION**<br>**SERVICES, INC.**<br>100 Ikea Drive<br>Westampton, NJ 08060-5112<br>and<br>**BNSF LOGISTICS, LLC**<br>4700 S. Thompson Street<br>Springdale, AZ 72764<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No.  14   0943 |

## COMPLAINT

### I.

### JURISDICTION AND VENUE

1.     Plaintiff, Drissa Kone, is a citizen of the Commonwealth of Pennsylvania.

Plaintiff, Anyama Trucking, Inc., is a corporation organized and existing pursuant to the



Business Corporation Law of the Commonwealth of Pennsylvania, having its principal place of business in the Commonwealth of Pennsylvania.

2.    Defendant, IKEA, is a business entity incorporated under various names, including IKEA Distribution Services, Inc., which is organized and incorporated pursuant to the laws of a State other than the Commonwealth of Pennsylvania, having its principal place of business in a State other than the Commonwealth of Pennsylvania.

3.    Defendant, BNSF Logistics, LLC, is a limited liability company organized under the laws of a State other than the Commonwealth of Pennsylvania, having its principal place of business in a State other than the Commonwealth of Pennsylvania.

4.    The amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

5.    Venue lies in this District, in that one or more of the Defendants is subject to personal jurisdiction in this District.

## II.

## IDENTITY OF THE PARTIES

6.    Anyama Trucking, Inc. ("Anyama") provides trucking services, either directly or as a subcontractor.  Anyama owns a tractor trailer licensed by the Commonwealth of Pennsylvania.

7.    Drissa Kone ("Kone") is the principal of Anyama, and holds a commercial operator's license issued by the Commonwealth of Pennsylvania.

8.    IKEA manufactures, imports, and delivers furniture to its various locations throughout the United States.

2

9.  IKEA Distribution Services, Inc. ("Distribution") owns and operates a warehouse and storage facility in Westampton, New Jersey.

10.  BNSF Logistics, LLC ("BNSF") is a freight broker with locations and offices throughout the United States.

## III.

## FACTUAL NARRATIVE

11.  On February 18, 2012, Anyama received a truckload of furniture from IKEA that was loaded in Anyama's trailer by employees of Distribution and/or BNSF at IKEA's storage facility in Westampton, New Jersey.

12.  The furniture stored on pallets was carelessly and negligently placed on the right side of Anyama's trailer.  The weight of the furniture was declared to be 44,500 pounds.  On information and belief, the weight was in excess of that amount.  After loading the trailer, Defendants' employees sealed the back blocking view of the placement of the load.

13.  Kone was instructed to drive the truckload of furniture to a rail yard located in Langhorne, Pennsylvania en route to IKEA's warehouse in Schaumberg, Illinois.  A true copy of the bill of lading is attached hereto and marked as Exhibit "A."

14.  Kone operated the tractor-trailer for approximately one and one-half miles when it rolled over as a result of improper loading when Kone was attempting to enter I-295 northbound from Rancocas, New Jersey.

## IV.

## LIABILITY AND DAMAGES

15.  IKEA, Distribution and BNSF owed a duty to Kone to safely load the pallets of furniture so that the weight would be evenly distributed.  Said Defendants knew, or should have

3

known, that loading the furniture entirely on one side of the trailer was dangerous and likely to cause rollover.

16.     Said Defendants breached their duty of care as aforesaid, causing bodily injuries suffered by Kone, property damage, towing expense and cargo losses by Kone and Anyama when the load of furniture shifted from the right side to the driver's side causing rollover.

17.     As a direct and proximate result thereof, Kone suffered severe injuries in and about his shoulders, arms, lower back and knees, some of which may be permanent, consisting in part of a herniated lumber disc at L5-S1 and a bulging disc at L4-L5, radiating to both legs; loss of income; loss of wages; and medical expenses for diagnosis and treatment, as well as deprivation of social, recreational and leisure activities.

18.     As a further direct and proximate result of Defendants' negligence, Kone and Anyama incurred damages totaling approximately $46, 446.00 for damage to the tractor and trailer, towing expenses and a cargo loss claim made by Evans Delivery Company, Inc. against Plaintiffs.

**WHEREFORE,** Plaintiffs claim damages against Defendants individually, jointly and severally, in excess of the sum of Seventy-Five Thousand Dollars ($75,000.00), interest and costs.

Date: Feb. 14, 2014

JACK M. BERNARD, ESQUIRE
Attorney for Plaintiffs

4

# EXHIBIT "A"

WW    1439647    G1628070

# STRAIGHT BILL OF LADING   SHORT FORM   Not Negotiable

**BNSF Logistics, LLC**

(Name of Carrier)                    (SCAC)                    Date:   02/18/12

| TO: | FROM: |
|---|---|
| **IKEA CHICAGO - SCHAUMBURG** | IKEA 061 |
| | New Jersey Distribution Center |
| 1800 East McConner Parkway | 100 IKEA Drive |
| Schaumburg        60173        US | Westampton, NJ 08060 |

ROUTE:

## 210

U.S. DOT Hazmat Reg. No.   XXXXXX

Vehicle Number   **JBHU246110**

| NO. SHIPPING UNIT | O HM | Description of Articles, Special Marks, and Exceptions | Weight (Subject to Correction) | Class or Rate | Charges (For Carrier Use Only) | Check Column |
|---|---|---|---|---|---|---|
| 1 | T/L | FURNITURE  K.D          # PALLETS | 44,500 lbs | X | X | X |

*Astro Route :*     **210T51-1**

*Astro Trip Id :*     **610068975**

*S Number :*     **S988385**

*Pars :*

*Pick up Time :*     **02/18/12 11:30 PM**

*Drop off Time :*     **02/22/12 04:30 AM**

### Questions/Comments - IKEA Traffic
### 609-261-1208 x 2375
### Or Contact Your Driver Manager

**SEAL #**     **E3247742**

**Driver Time**

Arrival Time:

Depart Time:

IKEA Signature:

Co-Worker Name:

MIT C.O.D. TO:
DRESS:
TY:          STATE:     ZIP:

**COD AMT: $**

C.O.D. Fee:
PREPAID ☐
COLLECT ☐          $

he shipment moves between two ports by a carrier by water, the
requires that the bill of lading shall state weather it is "carrier's or
per's weight"
. - where the rate is dependent on value, shippers are required to
specifically in writing the agreeor declared value of the property
agreed or declared value of the property is hereby specifically
by the shipper to be not exceeding          per

Subject to Section 7 of conditions of applicable bill of lading, if this
shipment is to be delivered to the consignee without recourse on the
consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment
of freight and all other lawful charges.

(Signature of Consignor)

Total Charges: $

**Freight Charges**

Freight Prepaid
except when box
at right is checked          Check Box
if charges to
be collect

EIVED, subject to the classifications and tariffs in effect on the date of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages
own), marked consigned, and destined as indicated above which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the
rty under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination  It is
ally agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be
med hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained (as specified in Appendix B to Part 1035) which are hereby agreed to by the shipper and
cted for himself and his assigns

s is to certify that the above-named materials are properly classified, described, packaged, marked, and labeled, and are in proper condition for
sportation according to the applicable regulations of the Department of Transportation PER:

| hipper: | **IKEA Distribution Services** | Carrier: |
|---|---|---|
| er: | DP | Per: |
| ate: | 2-18-12 | Date: |

ergency Response Telephone
mber          **(410) 642-2795**

MONITORED AT ALL TIMES THE HAZARDOUS MATERIAL IS IN TRANSPORTATION
NCLUDING STORAGE INCIDENTAL TO TRANSPORTATION.
(172.604)

rk with "X" to designate Hazardous Material as defined in The Department of Transportation Regulations Governing Transportation of Hazardous Materials. the use of this column is optional
nod of designating hazardous materials on Bills of Ladings per Section 172.201 and 172.202(s) of the regulations governing the transportation of such materials.

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
DRISSA KONE          ANYAMA TRUCKING, INC.
6423 Dicks Avenue    1919 Scrill Avenue
Philadelphia, PA 19142   Yeadon, PA 19050

(b) County of Residence of First Listed Plaintiff   Philadelphia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Jack M. Bernard, Esquire
930 Land Title Building, 100 South Broad Street
Philadelphia, PA 19110   (215) 665-0666

### DEFENDANTS
IKEA, IKEA DISTRIBUTION SVCS, INC.    BNSF LOGISTICS, LLC
100 Ikea Drive        4700 S. Thompson Street
Westampton, NJ 08060-5112    Springdale, AZ 72764

County of Residence of First Listed Defendant   Burlington
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1  U.S. Government Plaintiff
- ❏ 2  U.S. Government Defendant
- ❏ 3  Federal Question *(U.S. Government Not a Party)*
- ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*   *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ❏ 1 | Incorporated or Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated and Principal Place of Business In Another State | ❏ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - Product Liability | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 400 State Reapportionment |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | ❏ 367 Health Care/ | | | ❏ 410 Antitrust |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ❏ 430 Banks and Banking |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' | Product Liability | | ❏ 820 Copyrights | ❏ 450 Commerce |
| ❏ 151 Medicare Act | Liability | ❏ 368 Asbestos Personal | | ❏ 830 Patent | ❏ 460 Deportation |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 340 Marine | Injury Product Liability | | ❏ 840 Trademark | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| ❏ 160 Stockholders' Suits | ☒ 350 Motor Vehicle | ❏ 370 Other Fraud | ❏ 710 Fair Labor Standards Act | ❏ 861 HIA (1395ff) | ❏ 490 Cable/Sat TV |
| ❏ 190 Other Contract | ❏ 355 Motor Vehicle Product Liability | ❏ 371 Truth in Lending | ❏ 720 Labor/Management Relations | ❏ 862 Black Lung (923) | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 195 Contract Product Liability | ❏ 360 Other Personal Injury | ❏ 380 Other Personal Property Damage | ❏ 740 Railway Labor Act | ❏ 863 DIWC/DIWW (405(g)) | ❏ 890 Other Statutory Actions |
| ❏ 196 Franchise | ❏ 362 Personal Injury - Medical Malpractice | ❏ 385 Property Damage Product Liability | ❏ 751 Family and Medical Leave Act | ❏ 864 SSID Title XVI | ❏ 891 Agricultural Acts |
| | | | ❏ 790 Other Labor Litigation | ❏ 865 RSI (405(g)) | ❏ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ❏ 895 Freedom of Information Act |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 896 Arbitration |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate Sentence | | | ❏ 950 Constitutionality of State Statutes |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations | ❏ 530 General | | | |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 535 Death Penalty | **IMMIGRATION** | | |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other | **Other:** ❏ 540 Mandamus & Other | ❏ 462 Naturalization Application | | |
| | ❏ 448 Education | ❏ 550 Civil Rights | ❏ 465 Other Immigration Actions | | |
| | | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ❏ 2 Removed from State Court
- ❏ 3 Remanded from Appellate Court
- ❏ 4 Reinstated or Reopened
- ❏ 5 Transferred from Another District *(specify)*
- ❏ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §1332
Brief description of cause:
Motor Vehicle Accident

## VII. REQUESTED IN COMPLAINT:
❏ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ❏ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*   JUDGE _____   DOCKET NUMBER _____

DATE
02/14/2014

SIGNATURE OF ATTORNEY OF RECORD
*[signature]*

**FOR OFFICE USE ONLY**

RECEIPT #         AMOUNT         APPLYING IFP         JUDGE         MAG. JUDGE

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 6423 Dicks Avenue, Philadelphia, PA 19142

Address of Defendant: 100 Ikea Drive, Westampton, NJ 08060-5112

Place of Accident, Incident or Transaction: Entrance to I-295 Northbound from Rancocas, New Jersey
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   UNKNOWN   Yes☐   No☐

Does this case involve multidistrict litigation possibilities?   Yes☐   No☒
*RELATED CASE, IF ANY:*
Case Number: _____   Judge _____   Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐   No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐   No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐   No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐   No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify) _____

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☒ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

## ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

FEB 14 2014

I, _____, counsel of record do hereby certify:
☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☐ Relief other than monetary damages is sought.

DATE: _____   _____   26649
                        Attorney-at-Law                    Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 02/14/2014   _____   26643
                    Attorney-at-Law                    Attorney I.D.#

CIV. 609 (5/2012)

**CDJ**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

DRISSA KONE and ANYAMA TRUCKING, INC.    :        CIVIL ACTION
                    **Plaintiffs,**    :
                 v.          :
IKEA, IKEA DISTRIBUTION SERVICES, INC.  :
and BNSF LOGISTICS, LLC,          :        NO.
               **Defendants**

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.       ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.       ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   **(X)**

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.       ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)       ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.       ( )

<u>2-14-14</u>           <u>Jack M. Bernard</u>             
**Date**                   **Attorney-at-law**          **Attorney for Plaintiffs**

<u>(215) 665-0666</u>       <u>(267) 514-8609</u>       <u>jbernard@verizon.net</u>

**Telephone**             **FAX Number**           **E-Mail Address**

(Clv. 660) 10/02